In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00392-CR
_____

**MICHAEL IRVING JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-10-11483-CR**

**MEMORANDUM OPINION**

Michael Irving Johnson has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by the appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on May 15, 2018
Opinion Delivered May 16, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.